United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PHILLIP PICONE,** | § | Civil Action No. 4:23-cv-1206 |
| *Plaintiff,* | § | (Jury Trial Demanded) |
| | § | |
| v. | § | |
| | § | |
| **OFFICER A. ANCIRA,** *in his individual capacity*, **and THE CITY OF HOUSTON, TEXAS** | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

After considering Plaintiff's Unopposed Motion to Extend, the motion is **GRANTED** and Plaintiff has an additional 7 days to respond to Defendants' Motion to Dismiss [Doc. 14]. The new due date for the response is July 19th, 2023.

Signed on the 13th day of July, 2023.

_____
Sam Sheldon
United States Magistrate Judge