United States District Court
Southern District of Texas
**ENTERED**
June 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIP PICONE, | § |
| *Plaintiffs*, | § |
| v. | § CIVIL ACTION NO. 4:23-CV-1206 |
| OFFICER A. ANCIRA and CITY OF HOUSTON, TEXAS | § |
| *Defendant*. | § |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 26). Finding that the motion presents essentially the same legal issues as another pending case, and that any adjudication of this motion would necessarily impact that other case, the Court hereby **DENIES AS MOOT** the pending motion for summary judgment. (Doc. No. 26). The Court will enter a separate order of consolidation.

Signed at Houston, Texas, this 6th day of June, 2024.

Andrew S. Hanen
United States District Judge